UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MICHAEL ANGELO BURNETT,

        Plaintiff,

Case No. 2:24-cv-200

v.

Honorable Phillip J. Green

WENDY C. LANE, et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES AND DENYING AS MOOT OTHER PENDING MOTION**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that Plaintiff's motion for temporary restraining order (ECF No. 3) is **DENIED as moot**.

Dated:  December 26, 2024          /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge