UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MICHAEL ANGELO BURNETT,

      Plaintiff,

v.

WENDY C. LANE, et al.,

      Defendants.
_____/

Case No. 2:24-cv-200

Honorable Phillip J. Green

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated: December 26, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge